1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

8

9 | THOMAS GRAY, ) Case No.: 5:18-cv-02321-DOC-AFM

10 | Plaintiff, ) {PROPOSED} ORDER AWARDING
) EQUAL ACCESS TO JUSTICE ACT

11 | vs. ) ATTORNEY FEES AND EXPENSES
) PURSUANT TO 28 U.S.C. § 2412(d)

12 | ANDREW SAUL, ) AND COSTS PURSUANT TO 28
Commissioner of Social Security, ) U.S.C. § 1920

13 | )

14 | Defendant )
)

15

16     Based upon the parties' Stipulation for the Award and Payment of Equal

17 Access to Justice Act Fees, Costs, and Expenses:

18     IT IS ORDERED that fees and expenses in the amount of $3,650.00 as

19 authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

20 awarded subject to the terms of the Stipulation.

21 DATE: 12/16/2019

22 _____

23 ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING

3         /s/ *Lawrence D. Rohlfing*
     _____
4    Lawrence D. Rohlfing
     Attorney for plaintiff Thomas Gray
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26